UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

MARCELINA GUZMAN, individually, and on behalf of all others similarly situated,

                               Plaintiff,        1:23 Civ. 08150 (VSB)

-against-                         **MOTION FOR ADMISSION**

THE GLOBAL ATLANTIC FINANCIAL     **PRO HAC VICE**
GROUP LLC,
                             Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Daniel Srourian_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Marcelina Guzman_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____California_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10/6/23               Respectfully Submitted,

                                    Applicant Signature: _/s/_
                                    Applicant's Name: Daniel Srourian
                                    Firm Name: SROURIAN LAW FIRM, P.C.
                                    Address: 3435 Wilshire Blvd., Suite 1710
                                    City/State/Zip: Los Angeles, CA 90010
                                    Telephone/Fax: Tel: (213) 474-3800 / Fax: (213) 471-4160
                                    Email: daniel@slfla.com