UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELINA GUZMAN, individually, and on behalf of all others similarly situated,

Plaintiff,

V.

THE GLOBAL ATLANTIC FINANCIAL GROUP LLC,

Defendant.

Case No. 1:23-cv-08150 (VSB)

**AFFIDAVIT OF DANIEL SROURIAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Daniel Srourian, being duly sworn, deposes and says as follows:

1. I am a partner and founder of the law firm of Srourian Law Firm, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Daniel Srourian, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff Marcelina Guzman.

Daniel Srourian, Esq.
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Sworn to before me
this __4th__ day of __October__, 2023

_____
Notary Public

JOHNNY A. VILLALOBOS
Notary Public - California
Los Angeles County
Commission # 2358513
My Comm. Expires Jun 16, 2025

See Attached CA Notary Page

**CALIFORNIA JURAT**                                     **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Los Angeles___

Subscribed and sworn to (or affirmed) before me on this __4th__ day of __October__, 20__23__, by

(1) ___Daniel Srourian___

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

*[Notary Seal: JOHNNY A. VILLALOBOS, Notary Public - California, Los Angeles County, Commission # 2358513, My Comm. Expires Jun 16, 2025]*

*Place Notary Seal and/or Stamp Above*

─────────────── **OPTIONAL** ───────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Daniel Srourian in Support of Motion to Admit Counsel Pro Hac Vice__

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association