**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARCELINA GUZMAN, individually, and on behalf
of all others similarly situated, Plaintiff,

-against-

THE GLOBAL ATLANTIC FINANCIAL
GROUP LLC,                          Defendant.

1:23 cv  08150     ( VSB )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The  motion of _____ Daniel Srourian _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

_____ California _____; and that his/her contact information is as follows

(please print):

Applicant's Name: ____ Daniel Srourian _____

Firm Name: ____ SROURIAN LAW FIRM, P.C. _____

Address: ____ 3435 Wilshire Blvd.,Suite 1710 _____

City / State / Zip: ___ Los Angeles, CA 90010 _____

Telephone / Fax: ___ Tel: (213) 474-3800 / Fax: (213) 471-4160 ____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____ Marcelina Guzman _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                    _____

                                             United States District / Magistrate Judge